■ In the Matter of DEBORAH SAWDEY-DACEY, Respondent, v JAMES DACEY, Appellant. [654 NYS2d 62] —Order unanimously reversed on the law without costs and petition dismissed. Memorandum: Petitioner failed to prove that respondent was guilty of harassment in the second degree. Petitioner presented proof of only a single incident, which does not constitute harassment (*see, People v Wood,* 59 NY2d 811, 812; *People v Chasserot,* 30 NY2d 898, 899). (Appeal from Order of Livingston County Family Court, Corning, J.—Order of Protection.) Present—Green, J. P., Lawton, Doerr, Balio and Fallon, JJ.

■ ZORESLAVA DOUGHERTY, Respondent, v THOMAS DOUGHERTY, Appellant. [654 NYS2d 703] —Order unanimously affirmed without costs. Memorandum: Supreme Court did not abuse its discretion in awarding plaintiff counsel fees in the amount of $15,000, approximately half of the amount of counsel fees and disbursements requested. A party is not required to exhaust her resources in order to receive counsel fees (*see, DeCabrera v Cabrera-Rosete,* 70 NY2d 879, 881; *Schafer v Schafer,* 224 AD2d 1024; *Behrmann v Behrmann,* 204 AD2d 1076). The court properly considered the relative financial circumstances of the parties and was in the best position to assess the reasonableness of the expenses incurred under the circumstances of this litigation (*see, Faust v Faust,* 199 AD2d 1057; *Torgersen v Torgersen,* 188 AD2d 1023, *lv denied* 81 NY2d 709; *Hackett v Hackett,* 147 AD2d 611, 613). (Appeal from Order of Supreme Court, Erie County, Sconiers, J.—Counsel Fees.) Present—Green, J. P., Lawton, Doerr, Balio and Fallon, JJ.